# WAIVER OF SERVICE OF SUMMONS

TO:    Matthew A. Feldman
           (Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of *Khalil Hammond, et al.* vs *PA DOC, et al.*, which is case number USDC-ED Pa. Docket No. 2:24-cv-00922 in the United States District Court for the Eastern District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 03/04/2024 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

| | |
|---|---|
| March 15, 2024 | /s/ Vincent R. Mazeski |
| Date | Signature |
| Printed/typed name: | Vincent R Mazeski, Assistant Counsel |
| Title if any: | |
| | PA Department of Corrections |
| Address of person signing: | Office of Chief Counsel |
| Representing | 1920 Technology Parkway |
| Defendant(s) if any: | Mechanicsburg PA  17050 |
| | PA DOC, Laurel Harry, George M. Little, Michael Wenerowicz and Lucas Malishchak |