IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                        :
KHALIL HAMMOND, et. al.,                :
                                        :
         Plaintiffs,                    :          CIVIL ACTION
                                        :
         v.                             :          No. 24-cv-0922
                                        :
PA DOC, *et al.*,                       :
                                        :
         Defendants.                    :
_____

## **ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the

Motion of Commonwealth Defendants Pennsylvania Department of Corrections, Laurel Harry,

George M. Little, Michael Wenerowicz and Lucas Malishchak, to replace the Motion to

Transfer; or, in the alternative, Motion to Strike; or in the alternative, Motion to Partially

Dismiss, ECF No. 23, with the corrected version, attached as Exhibit 1.

It is ORDERED that Exhibit 1 of this Motion, ECF No. 24-1 will be permitted to be filed

to replace the previous Motion to Transfer; or, in the alternative, Motion to Strike; or in the

alternative, Motion to Partially Dismiss, ECF No. 23

**BY THE COURT:**


_____
Savage, J.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                              :
KHALIL HAMMOND, et. al.,                      :
                                              :
     Plaintiffs,                            :          CIVIL ACTION
                                              :
     v.                                     :          No. 24-cv-0922
                                              :
PA DOC, *et al.*,                             :
                                              :
     Defendants.                            :
_____

**COMMONWEALTH DEFENDANTS' MOTION TO SUBSTITUTE
CORRECTED MOTION TO TRANSFER; OR, IN THE ALTERNATIVE,
STRIKE CLASS CERTIFICATION; OR, IN THE ALTERNATIVE,
<u>PARTIALLY DISMISS</u>**

     Defendants Pennsylvania Department of Corrections, Laurel Harry, George M. Little,

Michael Wenerowicz and Lucas Malishchak (hereinafter "Commonwealth Defendants"), move

to replace their Motion to Transfer; or, in the alternative, Motion to Strike; or in the alternative,

Motion to Partially Dismiss, timely filed on May 6, 2024, ECF No. 23, with a corrected version,

attached as Exhibit 1.  ECF No. 24-1.

     There were typos of significance on the original Motion, pages 19 and 20 of

Commonwealth Defendants' Memorandum of Law, ECF 23, which need to be corrected to

accurately represent facts, namely that all Defendants, **except one,** reside in the Middle District.

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

By: _____*s/ Sarina Kaplan*_____
Sarina Kaplan
Senior Deputy Attorney General
Attorney I.D. No. 209738

Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
Phone: (267) 768-3964
Fax:    (717) 772-4526
skaplan@attorneygeneral.gov

Nicole R. DiTomo
Chief Deputy Attorney General
Civil Litigation Section

Date:  May 7, 2024

3

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

By:      *s/ Sarina Kaplan*
         Sarina Kaplan
Office of Attorney General            Senior Deputy Attorney General
1600 Arch St., Suite 300              Attorney I.D. No. 209738
Philadelphia, PA 19103
Phone: (267) 768-3964                 Nicole R. DiTomo
Fax:    (717) 772-4526                Chief Deputy Attorney General
skaplan@attorneygeneral.gov           Civil Litigation Section

Date:  May 7, 2024

4

**CERTIFICATE OF SERVICE**

I, Sarina Kaplan, hereby certify that the attached Motion to replace Defendants' Motion to Transfer, or in the alternative, Strike Class Certification, or in the alternative, Partially Dismiss, ECF 23, with the corrected copy attached as ECF 24-1, has been filed electronically on May 7, 2024, and is available for viewing and downloading from the Court's Electronic Case Filing System.

By      s/ Sarina Kaplan
        Sarina Kaplan
Office of Attorney General        Senior Deputy Attorney General
1600 Arch St., Suite 300          Attorney I.D. No. 209738
Philadelphia, PA 19103
Phone: (267) 768-3964             Nicole R. DiTomo
Fax:    (717) 772-4526            Chief Deputy Attorney General
skaplan@attorneygeneral.gov       Civil Litigation Section