IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHALIL HAMMOND, DAVID THOMPSON, ANTOINE WALKER, MUWSA GREEN, TYRONE LEONARD, MALIKA HENDERSON,** On Their Own Behalf and On Behalf of All Others Similarly Situated : : : : : : : : v. : : **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, LAUREL HARRY,** Secretary of Corrections, **GEORGE LITTLE,** Former Secretary of Corrections, **MICHAEL WENEROWICZ,** Executive Deputy Secretary for Institutional Operations, Pennsylvania Department Of Corrections and **LUCAS MALISHCHAK,** Director of Psychology, Pennsylvania Department of Corrections : | **CIVIL ACTION** NO. 24-922 |

### ORDER

**NOW,** this 7th day of June, 2024, upon consideration of the Defendants' Motion to Withdraw the Pending Motion for Various Forms of Relief Without Prejudice to Refiling (Doc. No. 36), it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Commonwealth Defendants' Motion to Transfer; or, in the Alternative, Strike Class Certification; or, in the Alternative, Partially Dismiss (Doc. No. 26) shall be marked **WITHDRAWN WITHOUT PREJUDICE**.

_____
TIMOTHY J. SAVAGE, J.