IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALIL HAMMOND, DAVID THOMPSON, ANTOINE WALKER, MUWSA GREEN, TYRONE LEONARD, MALIKA HENDERSON, On Their Own Behalf and On Behalf of All Others Similarly Situated : : : : : : : v. : : PENNSYLVANIA DEPARTMENT OF : CORRECTIONS, LAUREL HARRY, : Secretary of Corrections, GEORGE : LITTLE, Former Secretary of Corrections : MICHAEL WENEROWICZ, Executive : Deputy Secretary for Institutional : Operations, Pennsylvania Department : Of Corrections and LUCAS : MALISHCHAK, Director of Psychology, : Pennsylvania Department of Corrections : | CIVIL ACTION<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>NO. 24-922 |

## ORDER

**NOW,** this 7th day of June, 2024, upon consideration of the Defendants' Motion for Extension of Time (Doc. No. 37), it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the defendants shall respond to the Amended Class Action Complaint no later than **July 29, 2024**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.