IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIL HAMMOND, et al., | : | Honorable Timothy J. Savage |
| Plaintiffs | : | |
| v. | : | No. 24-0922 |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : | |
| Defendants | : | Filed Via Electronic Case Filing |

## DECLARATION OF DAVID RADZIEWICZ

I, David Radziewicz, hereby verify that the information provided herein is true and correct to the best of my knowledge, information and belief, and is made subject to the penalties and provisions of 28 U.S.C. § 1746, relating to the unsworn falsification to authorities:

1. I am employed by the Pennsylvania Department of Corrections as a Special Assistant to the Secretary.

2. In this capacity, I assist the Secretary with a variety of high-level projects; I have access to a variety of data related to the operations of the Department, relative to its facilities, inmates and employees.

3. The Department's Central Office is located at 1920 Technology Parkway, Mechanicsburg, PA, 17050, in Cumberland County.

4. The Department's Central Office is the principal place of business for all executive-level decision makers, including the individuals named as Defendants in this suit.

5. The Department's Central Office is also the site where all policies are formulated, reviewed, debated, edited, promulgated and maintained.

6. The Department operates 24 prisons across the Commonwealth, housing a current total inmate population of 37,913.

7. Of those 24 prisons, only two are located within the area served by the courts of the Eastern District of Pennsylvania: SCI-Chester and SCI-Phoenix, located at 500 East 4th Street, Chester, PA 19013 and 1200 Mokychic Drive, Collegeville, PA 19426, respectively.

8. The location of the physical site of the institution is significant because the vast majority of inmate records are maintained at the facility in which an inmate is housed.

9. In this particular case, most prospective class members are housed outside of the area served by the courts of the Eastern District, and therefore their records are also located outside of that area.

10. To provide the forthcoming figures, I was furnished with housing data compiled by the Department's Bureau of Research and Statistics.

11. These figures represent preliminary estimates of the size of the prospective classes, as currently defined by Plaintiffs in the amended complaint, cross-referenced with historical and current housing data.

12. The Department operates 23 Restricted Housing Units ("RHU") across its 24 prisons that are subject to this suit, and which are categorized as Security Level 5 housing units; these units house upwards of 1,500 inmates.

13. It is believed that most, if not all, of those inmates are prospective class members in this particular case.

14. Of those 1,532 inmates, only 181 are currently housed in an RHU within either of the two prisons in the area served by the courts of the Eastern District; the remaining prospective class members are housed at facilities outside of that area.

15. Regarding the "Mental Health Class," as identified in the amended complaint and likely comprised of the RHU and Intensive Management Unit ("IMU"), it is estimated that 1,082 prisoners are likely members of that prospective class.

16. However, only 142 of those prospective class members were housed within either of the two prisons in the area served by the courts of the Eastern District; the remaining 940 prisoners are housed at facilities outside of that area.

17. Similarly, regarding the "Mental Health Damages Class," as identified in the amended complaint and likely comprised of the RHU, IMU and Diversionary Treatment Unit ("DTU"), it is estimated that upwards of 18,000 prisoners are likely members of that prospective class.

18. However, only 2,049 were housed within one of the two prisons in the area served by the courts of the Eastern District; the remaining 16,002 are housed at facilities outside of that area.

19. As aforementioned, the Defendants to this suit operate from the

Department's Central Office as their principal place of business.

20. Defendants Harry, Malishchak and Little also reside in the area served by the courts of the Middle District.

21. Defendant Harry resides in Camp Hill, PA, 17011; Defendant Malishchak resides in Carlisle, PA, 17015; and Defendant Little resides in Harrisburg, PA, 17112.

22. Only Defendants Wenerowicz and Schneider reside within the area served by the courts of the Eastern District, though as aforementioned, their principal place of business is in Mechanicsburg, PA.

23. Of the named Plaintiffs, only Khalil Hammond is housed within the areas served by the courts of the Eastern District; the remaining named Plaintiffs are housed outside of that area.

_____
David Radziewicz
Special Assistant to the Secretary
Pennsylvania Department of Corrections

Date: July 12, 2024