IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIL HAMMOND, et al., | : | Honorable Timothy J. Savage |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | No. 24-0922 |
| | : | |
| THE PENNSYLVANIA DEPARTMENT | : | |
| OF CORRECTIONS, et al., | : | |
| | : | |
| Defendants | : | Filed Via Electronic Case Filing |

DEFENDANTS' RESPONSE TO THIS COURT'S
VERBAL ORDER ON NOVEMBER 12, 2024

The Defendants, through counsel, Kelly J. Hoke and Joseph Fulginiti, Assistant Counsel to the Department of Corrections, hereby respond to this Court's order of November 12, 2024, and aver as follows:

1.     Plaintiffs initiated this prospective class action with the filing of a complaint on March 4, 2024; the pleading was later amended on May 29, 2024. *See Document Nos. 1, 29.*

2.     On July 16, 2024, the Defendants filed a motion to transfer venue to the Middle District of Pennsylvania. *See Document No. 40.*

3.     Plaintiffs filed their opposition to the motion on July 30, 2024. *See Document No. 43.*

4.     This Honorable Court issued an order scheduling an oral argument on the motion, to be held on November 12, 2024. *See Document No. 45.*

5. During the argument on Defendants' motion to transfer, the Court directed Defendants to provide a declaration concerning the costs associated with transferring inmates to the courthouses in Philadelphia and Harrisburg.

6. In satisfaction of this direction, Defendants have obtained and attached declarations by the following individuals: Erin Brown, Director of the Office of Population Management [Exhibit A]; Deputy Superintendent William Nicklow, Bureau of Facility Security and Special Operations [Exhibit B]; and Nicolette Cawley, Director of Administration [Exhibit C].

7. Additionally, Defendants have attached worksheets outlining the costs associated with transporting class members to court. *See Exhibits D, E.*

Respectfully submitted,

Office of General Counsel

Joseph Fulginiti, Assistant Counsel
Attorney ID No.: 208039
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA  17050
Phone No.: (717) 728-7763
Office Cell: (717) 514-4912
E-mail: josfulgini@pa.gov

/s/ Kelly J. Hoke
Kelly J. Hoke
Assistant Counsel
Attorney I.D. No. 202917
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA  17050
(717) 728-7749
Email: kelhoke@pa.gov

Date: November 18, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIL HAMMOND, et al., | : | Honorable Timothy J. Savage |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | No. 24-0922 |
| | : | |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : | |
| | : | |
| | : | |
| Defendants | : | Filed Via Electronic Case Filing |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court's ECF

system and therefore simultaneously made available to all counsel of record.

Joseph Fulginiti, Assistant Counsel
Attorney ID No.: 208039
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA  17050
Phone No.: (717) 728-7763
Office Cell: (717) 514-4912
E-mail: josfulgini@pa.gov

Date: November 18, 2024