# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| KHALIL HAMMOND, et al., | : | Honorable Timothy J. Savage |
|  | : |  |
| Plaintiffs | : |  |
|  | : |  |
| v. | : | No. 24-0922 |
|  | : |  |
| THE PENNSYLVANIA DEPARTMENT | : |  |
| OF CORRECTIONS, et al., | : |  |
|  | : |  |
| Defendants | : | Filed Via Electronic Case Filing |

### DECLARATION OF WILLIAM NICKLOW

I, William Nicklow, hereby declare under penalty of perjury in accordance with 28 U.S.C. § 1746, that the following facts are true and correct based upon my personal knowledge or from my review of records routinely maintained during the operation of the Department of Corrections of the Commonwealth of Pennsylvania:

1.  I am currently employed by the Commonwealth of Pennsylvania, Department of Corrections, as the Deputy Superintendent for the Bureau of Facility Security and Special Operations.

2.  In this capacity, I am responsible for supervising and monitoring subordinate staff in the Security Bureau, reviewing and recommending policy changes regarding security and special operations, managing the statewide facility security, and reviewing any security concerns or issues that arise.

3. Additionally, I am responsible for managing all high-risk inmate transport requests.

4. Counsel for the Defendants has advised me that this Court requires information regarding transporting inmates from state institutions to various federal courthouses.

5. Pursuant to the Department's security policy and procedures, Level-5 security inmates may be transported by the buses maintained by the Department, along with other inmates.

6. Bus transports require an escort by a minimum of three corrections officers, one of which must hold the rank of Sergeant or higher.

7. Prior to departure from the institution, it typically takes approximately 30 minutes for staff to prepare to transport a Level-5 inmate. Likewise, when preparing to return, it typically takes approximately 30 minutes to receive a Level-5 inmate.

8. In addition, all inmates are assessed for any additional risk and needs during a transport utilizing a transport Risk Assessment screening tool. High-risk inmates, including individuals maintained on the Restrictive Release List and those inmates that Security staff have designated as a significant escape risk, or inmates with certain medical restrictions may not be transported by bus. These inmates must be transported individually in a sedan or specialized transport van and may require additional specialized staff to support the transport.

9. When transporting high-risk inmates, the Department's security policy and procedures require these inmates to be escorted by a minimum of three corrections officers, one of which must hold the rank of Lieutenant or higher.

10. Prior to departure from the institution, it typically takes approximately 1 hour for staff to prepare to transport a high-risk inmate. Likewise, when preparing to return, it typically takes approximately 30 minutes to receive a high-risk inmate.

William Nicklow, Deputy Superintendent
Bureau of Facility Security and Special Operations
Pennsylvania Department of Corrections

Date: November 14, 2014