# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIL HAMMOND, et al., | : | Honorable Timothy J. Savage |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | No. 24-0922 |
| | : | |
| THE PENNSYLVANIA DEPARTMENT | : | |
| OF CORRECTIONS, et al., | : | |
| | : | |
| Defendants | : | Filed Via Electronic Case Filing |

<u>DECLARATION OF NICOLETTE CAWLEY</u>

I, Nicolette Cawley, hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following facts are true and correct based upon my personal knowledge or from my review of records routinely maintained in the operation of the Department of Corrections of the Commonwealth of Pennsylvania:

1.    I am currently employed by the Commonwealth of Pennsylvania, Department of Corrections, as the Director of Administration.

2.    In my role as Director of Administration I am responsible for managing all fiscal, procurement, contract management and grant activities for the Department of Corrections, as well as the Parole Board, Board of Pardons, Office of Victim Advocate and Sex Offender Assessment Board.

3.    Generally, I plan and manage all financial and administrative activities to ensure these resources are sufficiently provided and effectively utilized to accomplish overall Departmental goals and objections.

4.    Specifically, I oversee and provide management guidance to institutional business offices, confer with the Governor's Budget Office regularly to examine budgetary and contract issues from a high level, direct and perform risk management analysis, and prepare various financial reports for Executive Management and the Governor's Budget Office.

5.    My work involves the development of the Department's budget and approval of all major fund allocations, totaling nearly $3 billion annually.

6.    Counsel for the Defendants has advised me that this Court requires information regarding the costs associated with transporting inmates from state institutions to various federal courthouses.

7.    To compile this information, I utilized data maintained by the Department to project costs, prepare yearly budgets, track expenditures and estimate required funding for various projects.

8.    I have provided counsel with average figures that reflect two distinct costs associated with inmate transport to court.

9.    The first figure is an average cost-per-mile, that includes fuel consumption, depreciation of Commonwealth transport vehicles, mileage costs and tolls.

10.   The second figure is an average per-day cost that includes the staffing needed to effectuate the transport, overtime to backfill posts vacated at the facility where the transport officers normally work, overtime for the transporting officers and hotel and subsistence costs.

11. I have conducted both calculations for a non-high-risk inmate and for a high-risk inmate, since those two types of inmates require different transport accommodation as outlined in the other provided declarations.

12. The average cost-per-mile to transport both high-risk and non-high-risk inmates to court in Philadelphia is $2.54.

13. The average per-day cost to transport a non-high-risk inmate to court in Philadelphia is $377.31.

14. The average per-day cost to transport a high-risk inmate to court in Philadelphia is $5,157.74.

15. Comparatively, the average cost-per-mile to transport both high-risk and non-high-risk inmates to court in Harrisburg is $2.03.

16. The average per-day cost to transport a non-high-risk inmate to court in Harrisburg is $333.55.

17. The average per-day cost to transport a high-risk inmate to court in Harrisburg is $3,860.40.

18. Worksheet no. 1 reflects the total cost to transport both a high-risk and non-high-risk inmate to court in Philadelphia, including average costs-per-mile and average per-day staffing costs. See Worksheet No. 1, attached as Exhibit D.

19. Worksheet no. 2 reflects the total cost to transport both a high-risk and non-high-risk inmate to court in Harrisburg, including average costs-per-mile

and average per-day staffing costs. See Worksheet No. 2, attached as Exhibit E.

20. Both worksheets reflect the above costs in contemplation of transferring a single high-risk and single non-high-risk inmate from each facility to each courthouse.

21. Worksheet no. 1 reflects that the total cost to transfer a single high-risk inmate from each facility to and from Philadelphia is $261,380.96. See Exhibit D.

22. Worksheet no. 1 also reflects that the total cost to transfer a single non-high-risk inmate from each facility to and from Philadelphia is $41,481.18. Id.

23. Worksheet no. 2 reflects that the total cost to transfer a single high-risk inmate from each facility to and from Harrisburg is $190,010.12. See Exhibit E.

24. Worksheet no. 2 reflects that the total cost to transfer a single non-high-risk inmate from each facility to and from Harrisburg is $27,775.02. Id.

25. These costs are then doubled, reflecting a round trip.

26. Calculating the difference between these costs results in total savings of $85,077.00 transferring only two inmates from each facility to Harrisburg, as opposed to Philadelphia.

27. If more inmates must appear in court, those savings will increase proportionally with the costs.

4

Nicolette Cawley
Director of Administration
Pennsylvania Department of Corrections

Date: November 18, 2024