**Commonwealth of Pennsylvania**

## Worksheet No. 1: Costs Associated with Transferring a Single High-Risk and Non-High Risk Inmate From Each State Correctional Institution to and From the District Court in Philadelphia

| | Distance to Philadelphia 601 Market Street Philadelphia, PA 19106 | High Risk Daily Staff Costs | Non-High Risk Daily Staff Costs | Mileage Costs | High Risk Transfer Cost | Non-High Risk Transfer Cost |
|---|---|---|---|---|---|---|
| SCI-Albion | 394 | $5,157.74 | $377.31 | $2.54 | $6,158.50 | $1,378.07 |
| SCI-Benner Township | 197 | $5,157.74 | $377.31 | $2.54 | $5,658.12 | $877.69 |
| SCI-Cambridge Springs | 383 | $5,157.74 | $377.31 | $2.54 | $6,130.56 | $1,350.13 |
| SCI-Camp Hill | 108 | $5,157.74 | $377.31 | $2.54 | $5,432.06 | $651.63 |
| SCI-Chester | 16 | $5,157.74 | $377.31 | $2.54 | $5,198.38 | $417.95 |
| SCI-Coal Township | 120 | $5,157.74 | $377.31 | $2.54 | $5,462.54 | $682.11 |
| SCI-Dallas | 123 | $5,157.74 | $377.31 | $2.54 | $5,470.16 | $689.73 |
| SCI-Fayette | 309 | $5,157.74 | $377.31 | $2.54 | $5,942.60 | $1,162.17 |
| SCI-Forest | 299 | $5,157.74 | $377.31 | $2.54 | $5,917.20 | $1,136.77 |
| SCI-Frackville | 102 | $5,157.74 | $377.31 | $2.54 | $5,416.82 | $636.39 |
| SCI-Greene | 329 | $5,157.74 | $377.31 | $2.54 | $5,993.40 | $1,212.97 |
| SCI-Houtzdale | 227 | $5,157.74 | $377.31 | $2.54 | $5,734.32 | $953.89 |
| SCI-Huntingdon | 200 | $5,157.74 | $377.31 | $2.54 | $5,665.74 | $885.31 |
| SCI-Laurel Highlands | 239 | $5,157.74 | $377.31 | $2.54 | $5,764.80 | $984.37 |
| SCI-Mahanoy | 101 | $5,157.74 | $377.31 | $2.54 | $5,414.28 | $633.85 |
| SCI-Mercer | 341 | $5,157.74 | $377.31 | $2.54 | $6,023.88 | $1,243.45 |
| SCI-Muncy | 158 | $5,157.74 | $377.31 | $2.54 | $5,559.06 | $778.63 |
| SCI-Pine Grove | 282 | $5,157.74 | $377.31 | $2.54 | $5,874.02 | $1,093.59 |
| SCI-Phoenix | 36 | $5,157.74 | $377.31 | $2.54 | $5,249.18 | $468.75 |
| SCI-Rockview | 196 | $5,157.74 | $377.31 | $2.54 | $5,655.58 | $875.15 |
| SCI-Smithfield | 201 | $5,157.74 | $377.31 | $2.54 | $5,668.28 | $887.85 |
| SCI-Somerset | 243 | $5,157.74 | $377.31 | $2.54 | $5,774.96 | $994.53 |
| SCI-Waymart | 145 | $5,157.74 | $377.31 | $2.54 | $5,526.04 | $745.61 |
| | | | | | | |
| Total Mileage | 4749 | | | Total Cost | $261,380.96 | $41,481.18 |

## Exhibit D

Pennsylvania Department of Corrections | Office of Chief Counsel
1920 Technology Parkway, Mechanicsburg, PA 17050