
Worksheet No. 2: Costs Associated with Transferring a Single High-Risk and Non-High Risk Inmate
From Each State Correctional Institution to and From the District Court in Harrisburg

| | Distance to Harrisburg 1501 N. 6th Street Harrisburg, PA 17102 | High Risk Daily Staff Costs | Non-High Risk Daily Staff Costs | Mileage Costs | High Risk Transfer Cost | Non-High Risk Transfer Cost |
|---|---|---|---|---|---|---|
| SCI-Albion | 287 | $3,860.40 | $333.55 | $2.03 | $4,443.01 | $916.16 |
| SCI-Benner Township | 90 | $3,860.40 | $333.55 | $2.03 | $4,043.10 | $516.25 |
| SCI-Cambridge Springs | 275 | $3,860.40 | $333.55 | $2.03 | $4,418.65 | $891.80 |
| SCI-Camp Hill | 7 | $3,860.40 | $333.55 | $2.03 | $3,874.61 | $347.76 |
| SCI-Chester | 99 | $3,860.40 | $333.55 | $2.03 | $4,061.37 | $534.52 |
| SCI-Coal Township | 59 | $3,860.40 | $333.55 | $2.03 | $3,980.17 | $453.32 |
| SCI-Dallas | 112 | $3,860.40 | $333.55 | $2.03 | $4,087.76 | $560.91 |
| SCI-Fayette | 207 | $3,860.40 | $333.55 | $2.03 | $4,280.61 | $753.76 |
| SCI-Forest | 191 | $3,860.40 | $333.55 | $2.03 | $4,248.13 | $721.28 |
| SCI-Frackville | 60 | $3,860.40 | $333.55 | $2.03 | $3,982.20 | $455.35 |
| SCI-Greene | 209 | $3,860.40 | $333.55 | $2.03 | $4,284.67 | $757.82 |
| SCI-Houtzdale | 121 | $3,860.40 | $333.55 | $2.03 | $4,106.03 | $579.18 |
| SCI-Huntingdon | 93 | $3,860.40 | $333.55 | $2.03 | $4,049.19 | $522.34 |
| SCI-Laurel Highlands | 138 | $3,860.40 | $333.55 | $2.03 | $4,140.54 | $613.69 |
| SCI-Mahanoy | 63 | $3,860.40 | $333.55 | $2.03 | $3,988.29 | $461.44 |
| SCI-Mercer | 234 | $3,860.40 | $333.55 | $2.03 | $4,335.42 | $808.57 |
| SCI-Muncy | 81 | $3,860.40 | $333.55 | $2.03 | $4,024.83 | $497.98 |
| SCI-Pine Grove | 177 | $3,860.40 | $333.55 | $2.03 | $4,219.71 | $692.86 |
| SCI-Phoenix | 93 | $3,860.40 | $333.55 | $2.03 | $4,049.19 | $522.34 |
| SCI-Rockview | 89 | $3,860.40 | $333.55 | $2.03 | $4,041.07 | $514.22 |
| SCI-Smithfield | 94 | $3,860.40 | $333.55 | $2.03 | $4,051.22 | $524.37 |
| SCI-Somerset | 141 | $3,860.40 | $333.55 | $2.03 | $4,146.63 | $619.78 |
| SCI-Waymart | 142 | $3,860.40 | $333.55 | $2.03 | $4,148.66 | $621.81 |
| | | | | | | |
| Total Mileage | 3062 | | | Total Cost | $190,010.12 | $27,775.02 |

## Exhibit E

Pennsylvania Department of Corrections | Office of Chief Counsel
1920 Technology Parkway, Mechanicsburg, PA 17050