IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALIL HAMMOND, DAVID THOMPSON, ANTOINE WALKER, MUWSA GREEN, TYRONE LEONARD, MALIKA HENDERSON, On Their Own Behalf and On Behalf of All Others Similarly Situated<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECTIONS, LAUREL HARRY, Secretary of Corrections, GEORGE LITTLE, Former Secretary of Corrections, MICHAEL WENEROWICZ, Executive Deputy Secretary for Institutional Operations, Pennsylvania Department Of Corrections and LUCAS MALISHCHAK, Director of Psychology, Pennsylvania Department of Corrections | CIVIL ACTION<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>NO. 24-922 |

### ORDER

**NOW**, this 8th day of January, 2025, upon consideration of Defendants' Motion to Transfer Pursuant to Local Rule 40.1(c)(2) and 28 U.S.C. § 1404(a) (Doc. No. 40) and the plaintiffs' response, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is transferred to the United States District Court for the Middle District of Pennsylvania.

/s/ Timothy J. Savage
_____
TIMOTHY J. SAVAGE, J.